UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-22417-CIV-SINGHAL

ALAN GOMEZ,

     Petitioner,

vs.

SOUTH FLORIDA DETENTION FACILITY,

     Respondent.

_____/

## ORDER

**THIS CAUSE** is before the Court on Petitioner's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (the "**Petition**").  (DE [1]).  A habeas petitioner must name his immediate custodian as a respondent.  *See Rumsfeld v. Padilla*, 542 U.S. 426, 434–442 (2004).  Because Petitioner names only the "South Florida Detention Facility" but not his immediate custodian (*i.e.*, "the person having custody" of Petitioner, such as his detention facility's warden), the Petition must be amended if it is to proceed in this Court.  *See id.* at 434 (quoting 28 U.S.C. § 2243).  Indeed, even assuming the Court ultimately determines Petitioner is entitled to relief, it cannot order his release until the proper respondent is before the Court.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Petition (DE [1]) is **DENIED WITHOUT PREJUDICE**.  Should Petitioner wish to file an amended petition, he must do so by **April 28, 2026**.  Otherwise, the Clerk of Court is directed to **CLOSE** this case, **CANCEL** all hearings and deadlines, and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 8th day of April 2026.

Copies furnished counsel via CM/ECF

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE